IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY NETWORK, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMDATA CORP., FSV PAYMENT SYSTEMS, INC., and GLOBAL CASH CARD, INC., <br><br> Defendants. | C.A. No. 10-1037-HB |
| GLOBAL CASH CARD, INC.,, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> FIRST DATA CORP. and MONEY NETWORK, LLC, <br><br> Counterclaim Defendants. | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for admission *pro hac vice* of John D. Cadkin, Esquire of Kilpatrick Townsend & Stockton LLP, Suite 600, 1400 Wewatta Street, Denver, Colorado 80202, to represent Plaintiff/Counterclaim Defendant Money Network, LLC and Counterclaim Defendant First Data Corp. in this matter.  In accordance with the Court's Standing Order for District Court Fund effective July 23, 2009, I

certify that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 26, 2011

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

/s/ *Jeffrey T. Castellano*
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jcastellano@ycst.com

*Attorneys for Plaintiff/Counterclaim Defendant Money Network, LLC and Counterclaim Defendant First Data Corp.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of John D. Cadkin, Esquire is granted.

_____
UNITED STATES DISTRICT JUDGE

Date:_____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, John D. Cadkin, certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of Colorado, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: April 25, 2011

_____
John D. Cadkin
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202
(303) 571-4000
jcadkin@kilpatricktownsend.com

# **CERTIFICATE OF SERVICE**

I, Jeffrey T. Castellano, hereby certify that on April 26, 2011, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Brian E. Farnan, Esquire
>Farnan LLP
>919 North Market St.
>12th Floor
>Wilmington, DE 19801
>*bfarnan@farnanlaw.com*
>
>*Attorneys for Defendant Global Cash Card, Inc.*
>
>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon, LLP
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19899-0951
>*rhorwitz@potteranderson.com*
>*dmoore@potteranderson.com*
>
>*Attorneys for Defendant Comdata Corp.*
>
>Rudolf E. Hutz, Esquire
>Jeffrey L. Eichen, Esquire
>M. Curt Lambert, Esquire
>Connolly Bove Lodge & Hutz, LLP
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE 19899
>*rhutz@cblh.com*
>*jeichen@cblh.com*
>*mlambert@cblh.com*
>
>*Attorneys for Defendant FSV Payment Systems, Inc.*

I further certify that on April 26, 2011, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants:

>Andrew M. Rosenfeld, Esquire
>The Law Office of Andrew M. Rosenfeld
>3838 Carson Street, Suite 360
>Torrance, CA 90503
>*amrlaw@aol.com*
>
>*Attorneys for Defendant Global Cash Card, Inc*
>
>Alan M. Fisch, Esquire
>Coke Morgan Stewart, Esquire
>Jason Hoffman, Esquire
>R. William Sigler, Esquire
>Kaye Scholer LLP
>The McPherson Building
>901 Fifteenth Street, N.W.
>Washington, DC 20005
>*afisch@kayescholer.com*
>*coke.stewart@kayescholer.com*
>*jahoffman@kayescholer.com*
>*bsigler@kayescholer.com*
>
>*Attorneys for Defendant Comdata Corp.*

>YOUNG CONAWAY STARGATT
>  & TAYLOR, LLP
>
>  */s/ Jeffrey T. Castellano*
>John W. Shaw (No. 3362)
>Jeffrey T. Castellano (No. 4837)
>The Brandywine Building
>1000 West Street
>Wilmington, Delaware 19801
>(302) 571-6600
>*jshaw@ycst.com*
>*jcastellano@ycst.com*
>
>*Attorneys for Plaintiff/Counterclaim*
>*Defendant Money Network, LLC and*
>*Counterclaim Defendant First Data*
>*Corporation*