IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY NETWORK, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>COMDATA CORP., FSV PAYMENT SYSTEMS, INC., and GLOBAL CASH CARD, INC.,<br><br>    Defendants. | C.A. No. 10-1037-HB |
| GLOBAL CASH CARD, INC.,,<br><br>    Counterclaim Plaintiff,<br><br>  v.<br><br>FIRST DATA CORP. and MONEY NETWORK, LLC,<br><br>    Counterclaim Defendants. | |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

    Pursuant to Local Rule 83.5 and the attached certification, counsel moves for admission *pro hac vice* of John D. Cadkin, Esquire of Kilpatrick Townsend & Stockton LLP, Suite 600, 1400 Wewatta Street, Denver, Colorado 80202, to represent Plaintiff/Counterclaim Defendant Money Network, LLC and Counterclaim Defendant First Data Corp. in this matter. In accordance with the Court's Standing Order for District Court Fund effective July 23, 2009, I

2

certify that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 26, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Jeffrey T. Castellano*
John W. Shaw (No. 3362)
Jeffrey T. Castellano (No. 4837)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jcastellano@ycst.com

*Attorneys for Plaintiff/Counterclaim Defendant Money Network, LLC and Counterclaim Defendant First Data Corp.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of John D. Cadkin, Esquire is granted.

/s/ Harvey Bartle III
UNITED STATES DISTRICT JUDGE

Date: April 27, 2011