IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| John W. Shaw, Esq. | Richard L. Horwitz, Esq. | David Moore, Esq. |
| David E. Sipiora, Esq. | Alan M. Fisch, Esq. | Rudolf Hutz, Esq. |
| Jeffrey Castellano, Esq. | Coke Morgan Stewart, Esq. | Jeffrey Eichen, Esq. |
| John D. Cadkin, Esq. | Jason F. Hoffman, Esq. | M. Curt Lambert Esq. |
| Ryan D. Phillips, Esq. | Roy William Sigler, Esq. | Brian Farnan, Esq. |
| | | Andrew Rosenfeld, Esq |
| Ramy Hanna, Esq. | | Jack Blumenfeld, Esq. |
| Assunta Vivolo, Esq. | | |

RE: C.A. 10-1037 MONEY NETWORK v. COMDATA et al.

IMPORTANT NOTICE TO COUNSEL

Please be advised that, pursuant to Rule 16 of the Federal Rules of Civil Procedure, a Status Conference in the above-captioned case will be held on **May 26, 2011** at 11:00 AM before The Honorable Harvey Bartle III, in his chambers, courtroom 16A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Attached is a Case Status Report form which you are to complete and forward to the Court at least three (3) days prior to the conference. **Please do not have this form docketed.**

A Scheduling Order will be entered as a result of this conference.

Prior to attending the conference, participants are expected to have conferred with each other about each of the above-listed items. Plaintiff's counsel shall initiate the discussions, including discussion of settlement.

                                    Katherine Gallagher
                                    Deputy Clerk to Judge Bartle
                                    (267) 299-7389

DATED: 5/11/11

Attachment

<u>CASE STATUS REPORT</u>

Civil Action No.: _____          Jury (__)
       Non-Jury (__)

Caption of Case: _____

Date Service of Process Made: _____

Name of Trial Counsel: _____

Representing: _____

Law Firm: _____

Address: _____

Telephone No.: <u>(____)_____</u>

1. This case has been/should be consolidated with Civil Action No.(s): _____

2. If this case should be consolidated with another civil action, state the reason why it should be consolidated. _____

3. By what date can discovery be completed? _____

4. Do you anticipate using any expert witnesses? _____

5. By what date will this case be ready for trial? _____

6. What is the total time necessary to present your case? _____

7. What portion of this is liability? _____   Damages? _____

8. What is your estimate of the total time required for the entire trial? _____

9. Would an early settlement conference be helpful in effecting a settlement of this case?  Yes (___)     No (___)

10. If the answer is "yes," when would be the most appropriate time for such a conference? _____

11. Do you have any special comment to make or special issue or problem to raise concerning the case?  If so, please use the reverse side.
---------------------------------------------------------------
12. THE FOLLOWING CERTIFICATION <u>MUST</u> BE EXECUTED BY COUNSEL:

       I HEREBY CERTIFY THAT PRIOR TO SUBMITTING THIS FORM <u>I SPOKE</u> WITH COUNSEL FOR ALL OTHER PARTIES AND CAREFULLY EXPLORED SETTLEMENT OF THIS ACTION.

_____          _____
Counsel for                              Date