IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY NETWORK, LLC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 10-1037-HB |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| COMDATA CORP., ) | |
| FSV PAYMENT SYSTEMS, INC. ) | |
| and GLOBAL CASH CARD, INC., ) | |
| ) | |
| Defendants. ) | |
| | |
| GLOBAL CASH CARD, INC., ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FIRST DATA CORP. and ) | |
| MONEY NETWORK, LLC, ) | |
| ) | |
| Counterclaim Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 20, 2011, copies of:

1) Plaintiff Money Network, LLC's First Set of Requests for Production (Nos. 1-58) to Defendant Global Cash Card, Inc.;

2) Plaintiff Money Network, LLC's First Set of Requests for Production (Nos. 1-55) to Defendant FSV Payment Systems, Inc.;

3) Plaintiff Money Network, LLC's First Set of Requests for Production (Nos. 1-55) to Defendant Comdata Corp.;

4) Plaintiff Money Network, LLC's First Set of Interrogatories (Nos. 1-18) to Defendant Global Cash Card, Inc.;

5) Plaintiff Money Network, LLC's First Set of Interrogatories (Nos. 1-17) to Defendant FSV Payment Systems, Inc.; and

6) Plaintiff Money Network, LLC's First Set of Interrogatories (Nos. 1-16) to Defendant Comdata Corp.

were caused to be served upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**
Brian E. Farnan, Esquire
Farnan LLP
919 North Market St.
12th Floor
Wilmington, DE 19801
*bfarnan@farnanlaw.com*

*Attorneys for Defendant Global Cash Card, Inc.*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
*rhorwitz@potteranderson.com*
*dmoore@potteranderson.com*

*Attorneys for Defendant Comdata Corp.*

Rudolf E. Hutz, Esquire
Jeffrey L. Eichen, Esquire
M. Curt Lambert, Esquire

Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
*rhutz@cblh.com*
*jeichen@cblh.com*
*mlambert@cblh.com*

*Attorneys for Defendant FSV Payment Systems, Inc.*

PLEASE TAKE FURTHER NOTICE that on May 20, 2011, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served on above-listed counsel by email.

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ *Jeffrey T. Castellano*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Jeffrey T. Castellano (No. 4837)
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600
jcastellano@ycst.com

*Attorneys for Plaintiff Money Network, LLC & First Data Corp.*

OF COUNSEL:

David E. Sipiora
Ryan D. Phillips
KILPATRICK TOWNSEND
& STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, Colorado 80202-5827
(303) 571-4000

3

Harry S. Davis
Assunta Vivolo
SCHULTE ROTH & ZABEL, LLP
919 Third Avenue
New York, New York 10022
(212) 756-2065

Dated: May 20, 2011