IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONEY NETWORK, LLC, : CIVIL ACTION
 :
    v. :
 :
COMDATA CORP., et al. : NO. 10-1037

## FIRST SCHEDULING ORDER

AND NOW, this 26th day of May, 2011, following a status conference with counsel, it is hereby ORDERED that:

(1) on or before June 10, 2011, defendants shall answer all interrogatories and respond to all discovery requests pertaining to damages;

(2) defendants shall, on or before June 15, 2011, produce their design-around proposals to plaintiff; and

(3) plaintiff shall, on or before July 5, 2011, respond to the defendants' design-around proposals.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III    J.
SITTING BY DESIGNATION