# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY NETWORK, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 10-1037 (HB) |
| | ) |
| COMDATA CORP., FSV PAYMENT SYSTEMS, INC. and GLOBAL CASH CARD, INC. | ) ) ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (1) DEFENDANT FSV PAYMENT SYSTEMS, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF MONEY NETWORK, LLC'S FIRST SET OF INTERROGATORIES (NOS. 7-9); and (2) DEFENDANT FSV PAYMENT SYSTEMS, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF MONEY NETWORK, LLC'S FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 11, 23-26, 28-30, 44-47) were caused to be served on June 10, 2011 upon the following counsel in the manner indicated:

*Via Electronic Mail & First Class Mail*

John W. Shaw (#3362)
Jeffrey T. Castellano (#4837)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
jcastellano@ycst.com

*Attorneys for Plaintiff Money Network, LLC*

*Via Electronic Mail & First Class Mail*

David E. Sipiora
Ryan D. Phillips
John D. Cadkin
Kenneth S. Chang
**KILPATRICK TOWNSEND & STOCKTON LLP**
1400 Wewatta Street, Suite 600
Denver, CO 80202-5827
dsipiora@kilpatricktownsend.com
rphillips@kilpatricktownsend.com
jcadkin@kilpatricktownsend.com
kschang@kilpatricktownsend.com

*Attorneys for Plaintiff Money Network, LLC*

Harry S. Davis
Assunta Vivilo
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, NY 10022
harry.davis@srz.com
assunta.vivolo@srz.com

*Attorneys for Counterclaim Defendants First Data Corp. and Money Network, LLC*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Comdata Corp.*

Alan M. Fisch
Coke Morgan Stewart
Jason Hoffman
R. William Sigler
**KAYE SCHOLER LLP**
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
afisch@kayescholer.com
coke.stewart@kayescholer.com
jahoffman@kayescholer.com
bsigler@kayescholer.com

*Attorneys for Defendant Comdata Corp.*

| | |
|---|---|
| Brian E. Farnan (#4089)<br>**FARNAN LLP**<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>bfarnan@farnanlaw.com<br><br>*Attorneys for Defendant Global Cash Card, Inc.* | Andrew M. Rosenfeld<br>**THE LAW OFFICE OF ANDREW M. ROSENFELD**<br>3838 Carson Street, Suite 360<br>Torrance, CA 90503<br><br>*Attorneys for Defendant Global Cash Card, Inc.* |

| | |
|---|---|
| <br><br><br><br><br>Dated:  June 10, 2011 | Respectfully submitted,<br><br> */s/ Jeffrey L. Eichen*<br> Rudolf E. Hutz (#484)<br> Jeffrey L. Eichen (#5331)<br> M. Curt Lambert (#4882)<br> Connolly Bove Lodge & Hutz LLP<br> 1007 North Orange Street<br> P.O. Box 2207<br> Wilmington, Delaware 19801<br> Tel:  (302) 658-9141<br> Fax:  (302) 658-5614<br> rhutz@cblh.com<br> jeichen@cblh.com<br> mlambert@cblh.com<br><br> *Attorneys for Defendant*<br> *FSV Payment Systems, Inc.* |

## **CERTIFICATE OF SERVICE**

I, Jeffrey L. Eichen, do hereby certify that on this day, June 10, 2011, I caused a copy of the above **NOTICE OF SERVICE** to be served upon counsel of record for all parties as indicated below:

*Via Electronic Mail*

John W. Shaw (#3362)
Jeffrey T. Castellano (#4837)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
jcastellano@ycst.com

*Attorneys for Plaintiff Money Network, LLC*

*Via Electronic Mail*

David E. Sipiora
Ryan D. Phillips
John D. Cadkin
Kenneth S. Chang
**KILPATRICK TOWNSEND & STOCKTON LLP**
1400 Wewatta Street, Suite 600
Denver, CO 80202-5827
dsipiora@kilpatricktownsend.com
rphillips@kilpatricktownsend.com
jcadkin@kilpatricktownsend.com
kschang@kilpatricktownsend.com

*Attorneys for Plaintiff Money Network, LLC*

Harry S. Davis
Assunta Vivilo
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, NY 10022
harry.davis@srz.com
assunta.vivolo@srz.com

*Attorneys for Counterclaim Defendants First Data Corp. and Money Network, LLC*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Comdata Corp.*

Alan M. Fisch
Coke Morgan Stewart
Jason Hoffman
R. William Sigler
**KAYE SCHOLER LLP**
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
afisch@kayescholer.com
coke.stewart@kayescholer.com
jahoffman@kayescholer.com
bsigler@kayescholer.com

5

*Attorneys for Defendant Comdata Corp.*

| | |
|---|---|
| Brian E. Farnan (#4089)<br>**FARNAN LLP**<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>bfarnan@farnanlaw.com<br><br>*Attorneys for Defendant Global Cash Card, Inc.* | Andrew M. Rosenfeld<br>**THE LAW OFFICE OF ANDREW M. ROSENFELD**<br>3838 Carson Street, Suite 360<br>Torrance, CA 90503<br><br>*Attorneys for Defendant Global Cash Card, Inc.*<br><br> */s/ Jeffrey L. Eichen*<br>Jeffrey L. Eichen (#5331) |

4352270