IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY NETWORK, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10-1037 (HB) |
| ) | |
| COMDATA CORP., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 10, 2011 a copy of (i) Global Cash Card's Responses and Objections to Plaintiff Money Network, LLC's First Set of Interrogatories (Nos. 7-9); and (ii) Global Cash Card's Responses to Document Requests was served on the following as indicated:

<u>Via Hand Delivery and E-Mail</u>
John W. Shaw
Jeffrey T. Castellano
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building – 17th Floor
1000 West Street
Wilmington, Delaware 19801
jshaw@ycst.com
jcastellano@ycst.com

<u>Via E-mail</u>
David E. Sipiora
Ryan D. Phillips
John D. Cadkin
KILPATRICK TOWNSEND & STOCKTON LLP
dsipiora@kilpatricktownsend.com
rphillips@kilpatricktownsend.com
jcadkin@kilpatricktownsend.com

          Respectfully submitted,

          Farnan LLP

          /s/ Brian E. Farnan
          Brian E. Farnan (Bar No. 4089)
          919 N. Market Street, 12th Floor
          Wilmington, Delaware 19801
          (302) 777-0300
          (302) 777-0301 (fax)
          bfarnan@farnanlaw.com

          Andrew M. Rosenfeld (admitted *pro hac vice*)
          The Law Office of Andrew M. Rosenfeld
          3838 Carson Street, Suite 360
          Torrance, CA 90503
          Tel:  (310) 543-0342
          Fax:  (310) 543-3203
          amrlaw@aol.com

          *Attorneys for Defendant Global Cash Card*

Dated:  June 14, 2011