# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY NETWORK, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-1037-HB |
| | ) |
| COMDATA CORP., FSV PAYMENT SYSTEMS, INC., and GLOBAL CASH CARD, INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on June 15, 2011 upon the following attorneys of record at the following addresses as indicated:

> DEFENDANT COMDATA CORPORATION'S RESPONSE TO THE COURT'S MAY 26, 2011 ORDER REGARDING PROPOSED DESIGN-AROUND FOR PURPOSES OF MEDIATION DISCUSSIONS

**VIA ELECTRONIC MAIL**

John D. Cadkin
Kenneth S. Chang
Kilpatrick Townsend & Stockton LLP
1400 Wewetta Street, Suite 600
Denver, CO 80202-5827
jcadkin@kilpatricktownsend.com
kschang@kilpatricktownsend.com
*Attorneys for Plaintiff Money Network, LLC and Counterclaim Defendant First Data Corporation*

                Respectfully submitted,

                POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By:   */s/ David E. Moore* |
|---|---|
|  | Richard L. Horwitz (#2246) |
| Alan M. Fisch | David E. Moore (#3983) |
| Coke Morgan Stewart | Hercules Plaza, 6th Floor |
| Jason Hoffman | 1313 N. Market Street |
| Kaye Scholer LLP | Wilmington, DE 19801 |
| The McPherson Building | Tel: (302) 984-6000 |
| 901 Fifteenth Street, NW | rhorwitz@potteranderson.com |
| Washington, DC 20005 | dmoore@potteranderson.com |
|  |  |
| Dated: June 16, 2011 | *Attorneys for Defendant Comdata Corp.* |

1016964 / 36339

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 16, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 16, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| John W. Shaw<br>Jeffrey T. Castellano<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>jshaw@ycst.com<br>jcastellano@ycst.com<br>*Attorneys for Plaintiff Money Network, LLC and Counterclaim Defendant First Data Corporation* | David E. Sipiora<br>Ryan D. Phillips<br>John D. Cadkin<br>Kenneth S. Chang<br>Kilpatrick Townsend & Stockton LLP<br>1400 Wewetta Street, Suite 600<br>Denver, CO 80202-5827<br>dsipiora@kilpatricktownsend.com<br>rphillips@kilpatricktownsend.com<br>jcadkin@kilpatricktownsend.com<br>kschang@kilpatricktownsend.com<br>*Attorneys for Plaintiff Money Network, LLC and Counterclaim Defendant First Data Corporation* |
| Harry S. Davis<br>Assunta Vivolo<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 756-2000<br>harry.davis@srz.com<br>assunta.vivolo@srz.com<br>*Attorneys for Plaintiff Money Network, LLC and Counterclaim Defendant First Data Corporation* | Rudolf E. Hutz<br>Jeffrey L. Eichen<br>M. Curt Lambert<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899<br>rhutz@cblh.com<br>jeichen@cblh.com<br>mlambert@cblh.com<br>*Attorneys for Defendant FSV Payment Systems, Inc.* |

| | |
|---|---|
| Brian E. Farnan<br>Farnan LLP<br>919 North Market Street, 12th Fl.<br>Wilmington, DE 19801<br>bfarnan@farnanlaw.com<br>*Attorneys for Defendant Global Cash Card, Inc.* | Andrew M. Rosenfeld<br>The Law Office of Andrew M. Rosenfeld<br>3838 Carson Street, Suite 360<br>Torrance, CA 90503<br>amrlaw@aol.com<br>*Attorneys for Defendant Global Cash Card, Inc.* |

By:  */s/ David E. Moore*
 Richard L. Horwitz
 David E. Moore
 POTTER ANDERSON & CORROON LLP
 Tel: (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com

993944 / 36339

2