IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONEY NETWORK LLC : CIVIL ACTION
:
v. :
: NO. 10-1037
COMDATA CORP. et al.

**O R D E R**

AND NOW, this 28th day of June, 2011, it is hereby ORDERED that the above-captioned case is referred to Magistrate Judge Elizabeth T. Hey for a settlement conference in mid to late July.

BY THE COURT:

/s/Harvey Bartle III
HARVEY BARTLE III,        J.

Civ 12 (9/83)