# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY NETWORK, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 10-1037 (HB) |
| COMDATA CORP., FSV PAYMENT SYSTEMS, INC. and GLOBAL CASH CARD, INC. | ) ) ) ) |
| Defendants. | ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of DEFENDANT FSV PAYMENT SYSTEMS, INC.'S CONFIDENTIAL DESIGN-AROUND PROPOSAL FOR PURPOSES OF MEDIATION DISCUSSIONS were caused to be served on June 15, 2011 upon the following counsel in the manner indicated:

*Via Electronic Mail & First Class Mail*

John W. Shaw (#3362)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com

*Attorneys for Plaintiff Money Network, LLC*

*Via Electronic Mail & First Class Mail*

Kenneth S. Chang
**KILPATRICK TOWNSEND & STOCKTON LLP**
1400 Wewatta Street, Suite 600
Denver, CO 80202-5827
kschang@kilpatricktownsend.com

*Attorneys for Plaintiff Money Network, LLC*

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Jeffrey L. Eichen* <br> Rudolf E. Hutz (#484) <br> Jeffrey L. Eichen (#5331) <br> M. Curt Lambert (#4882) <br> Connolly Bove Lodge & Hutz LLP <br> 1007 North Orange Street <br> P.O. Box 2207 <br> Wilmington, Delaware 19801 <br> Tel:  (302) 658-9141 <br> Fax:  (302) 658-5614 <br> rhutz@cblh.com <br> jeichen@cblh.com <br> mlambert@cblh.com |
| Dated:  July 14, 2011 | *Attorneys for Defendant* <br> *FSV Payment Systems, Inc.* |

## **CERTIFICATE OF SERVICE**

      I, Jeffrey L. Eichen, do hereby certify that on this day, July 14, 2011, I caused a copy of the above **NOTICE OF SERVICE** to be served upon counsel of record for all parties as indicated below:

*Via Electronic Mail*

John W. Shaw (#3362)
Jeffrey T. Castellano (#4837)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
jcastellano@ycst.com

*Attorneys for Plaintiff Money Network, LLC*

*Via Electronic Mail*

David E. Sipiora
Ryan D. Phillips
John D. Cadkin
Kenneth S. Chang
**KILPATRICK TOWNSEND & STOCKTON LLP**
1400 Wewatta Street, Suite 600
Denver, CO 80202-5827
dsipiora@kilpatricktownsend.com
rphillips@kilpatricktownsend.com
jcadkin@kilpatricktownsend.com
kschang@kilpatricktownsend.com

*Attorneys for Plaintiff Money Network, LLC*

Harry S. Davis
Assunta Vivilo
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, NY 10022
harry.davis@srz.com
assunta.vivolo@srz.com

*Attorneys for Counterclaim Defendants First Data Corp. and Money Network, LLC*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza
1313 N. Market St., 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Comdata Corp.*

Alan M. Fisch
Coke Morgan Stewart
Jason Hoffman
R. William Sigler
**KAYE SCHOLER LLP**
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
afisch@kayescholer.com
coke.stewart@kayescholer.com
jahoffman@kayescholer.com
bsigler@kayescholer.com

*Attorneys for Defendant Comdata Corp.*

| | |
|---|---|
| Brian E. Farnan (#4089)<br>**FARNAN LLP**<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>bfarnan@farnanlaw.com<br><br>*Attorneys for Defendant Global Cash Card, Inc.* | Andrew M. Rosenfeld<br>**THE LAW OFFICE OF ANDREW M. ROSENFELD**<br>3838 Carson Street, Suite 360<br>Torrance, CA 90503<br><br>*Attorneys for Defendant Global Cash Card, Inc.*<br><br> */s/ Jeffrey L. Eichen*<br>Jeffrey L. Eichen (#5331) |

4394509

4