# YOUNG CONAWAY STARGATT & TAYLOR, LLP

SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
NEILLI MULLEN WALSH
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER

PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY
ADAM W. POFF
SEAN M. BEACH
JOSEPH M. BARRY
SHARON M. ZIEG
DAVID R. HURST
TIMOTHY E. LENGKEEK
MATTHEW B. LUNN
DANIEL F.X. GEOGHAN
   (NY, NJ, MI ONLY)

IAN J. BAMBRICK
RYAN M. BARTLEY
DONALD J. BOWMAN, JR.
ELISABETH S. BRADLEY
MICHELE SHERRETTA BUDICAK
EMILY V. BURTON
ERIKA R. CAESAR
JEFFREY T. CASTELLANO
DOUGLAS T. COATS
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
JUSTIN P. DUDA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
MARIS FINNEGAN
DAVID M. FRY
WILLIAM E. GAMGORT
MARGARET WHITEMAN GREECHER
SEAN T. GREECHER
A. DAVID HANSEN
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON

KAREN E. KELLER
JENNIFER M. KINKUS
SARA BETH A. R. KOHUT
EVANGELOS KOSTOULAS
PILAR G. KRAMAN
JOHN C. KUFFEL
PAUL J. LOUGHMAN
JAIME N. LUTON
ANDREW L. MAGAZINER
KATHALEEN MCCORMICK
TAMMY L. MERCER
LAUREN E. MOAK
MICHAEL S. NEIBURG
JENNIFER R. NOEL
ROBERT F. POPPITI, JR.
NICHOLAS J. ROHRER
JUSTIN H. RUCKI
ANDREW E. RUSSELL
CHERYL A. SANTANIELLO
MORGAN L. SEWARD
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
RICHARD J. THOMAS
JAMES M. YOCH, JR.

OF COUNSEL
BRUCE M. STARGATT

COUNSEL
CURTIS J. CROWTHER
ADRIA B. MARTINELLI
KAREN L. PASCALE

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE  19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX:  (302) 571-1253
_____

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE  19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX:  (302) 856-9338
WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 576-3587
DIRECT FAX:   (302) 576-3551
jcastellano@ycst.com

July 22, 2011

**BY CM/ECF AND HAND DELIVERY**

The Honorable Harvey Bartle, III
U.S. District Court for the
   Eastern District of Pennsylvania
James A. Byrne Federal Courthouse
601 Market Street, Room 16614
Philadelphia, PA 19106-1710

Re:    *Money Network, LLC v. Comdata Corp. et al.*,
          C.A. No. 10-1037-HB (D. Del.)

Dear Judge Bartle:

I write on behalf of plaintiff Money Network, LLC ("Money Network") regarding the scheduling of mediation in the above-captioned case.  The Court referred this case to Magistrate Judge Elizabeth T. Hey on June 28, 2011 for a settlement conference in July 2011.  (D.I. 55 ("Referral Order")).  Money Network thereafter contacted Magistrate Hey's chambers to obtain dates for a settlement conference in July.  Unfortunately, for the three dates on which Magistrate Hey was available in July, one or more of the parties or their counsel were unable to participate.

In the meantime, the parties are working diligently in the exchange of information necessary to facilitate a potential settlement.  As required by the First Scheduling Order (D.I. 49), all defendants have provided their respective design-around proposals to Money Network and Money Network has, in turn, responded to each such proposal.  Because each proposal raises technical issues regarding the manner of operation of each defendant's host system, Money Network has requested additional documents from each defendant to review and validate each defendant's proposal.  Discussions are ongoing between the parties regarding the types of documents Money Network seeks to review to engage in meaningful settlement discussions

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Harvey Bartle, III
July 22, 2011
Page 2

moving forward.  Each defendant is, however, amenable to additional document production in furtherance of settlement.

       Therefore, by this letter, Money Network respectfully requests that the Court permit the parties additional time up to and including September 30, 2011 to participate in a settlement conference with Magistrate Hey.  A proposed order to that effect is being filed with this letter.  All defendants consent to the new deadline and join in this request.

       Counsel remains available should the Court have any questions.


       Respectfully,

       */s/ Jeffrey T. Castellano*

       Jeffrey T. Castellano (DE Bar No. 4837)


cc:    The Honorable Elizabeth T. Hey (by hand delivery)
       Clerk of the Court (by CM/ECF)
       Counsel of Record (by CM/ECF)