IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONEY NETWORK, LLC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 10-1037-HB |
| v. | ) | |
| | ) | |
| COMDATA CORP., | ) | |
| FSV PAYMENT SYSTEMS, INC. | ) | |
| and GLOBAL CASH CARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

WHEREAS, on June 28, 2011, the Court referred this case to Magistrate Judge Elizabeth T. Hey for a settlement conference in mid to late July (D.I. 55); and

WHEREAS, an extension of the July deadline until September will permit all parties to participate in the mediation;

IT IS HEREBY ORDERED, this ____ day of _____, 2011, that mediation in the above-captioned case shall take place before September 30, 2011.

BY THE COURT:

_____
Harvey Bartle III, J.