# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY NETWORK, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 10-1037-HB ) |
| COMDATA CORP., FSV PAYMENT SYSTEMS, INC., and GLOBAL CASH CARD, INC., | ) **JURY TRIAL DEMANDED** ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to L.R. 83.7, Defendant Comdata Corporation, through their undersigned counsel, hereby provides notice to the Court of the withdrawal of Coke Morgan Stewart of Kaye Scholer LLP, as counsel for Defendant. Effective August 1, 2011, Ms. Stewart will be employed by the United States Patent and Trademark Office. Alan M. Fisch of Kaye Scholer LLP, and Richard L. Horwitz and David E. Moore of Potter Anderson & Corroon LLP, will continue to represent Defendant.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Alan M. Fisch
Jason Hoffman
Kaye Scholer LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005

Dated: August 2, 2011
1021461 / 36339

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Comdata Corp.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 2, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 2, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| John W. Shaw<br>Jeffrey T. Castellano<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>jshaw@ycst.com<br>jcastellano@ycst.com<br>*Attorneys for Plaintiff Money Network, LLC and Counterclaim Defendant First Data Corporation* | David E. Sipiora<br>Ryan D. Phillips<br>John D. Cadkin<br>Kenneth S. Chang<br>Kilpatrick Townsend & Stockton LLP<br>1400 Wewetta Street, Suite 600<br>Denver, CO 80202-5827<br>dsipiora@kilpatricktownsend.com<br>rphillips@kilpatricktownsend.com<br>jcadkin@kilpatricktownsend.com<br>kschang@kilpatricktownsend.com<br>*Attorneys for Plaintiff Money Network, LLC and Counterclaim Defendant First Data Corporation* |
| Harry S. Davis<br>Assunta Vivolo<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>(212) 756-2000<br>harry.davis@srz.com<br>assunta.vivolo@srz.com<br>*Attorneys for Plaintiff Money Network, LLC and Counterclaim Defendant First Data Corporation* | Rudolf E. Hutz<br>Jeffrey L. Eichen<br>M. Curt Lambert<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899<br>rhutz@cblh.com<br>jeichen@cblh.com<br>mlambert@cblh.com<br>*Attorneys for Defendant FSV Payment Systems, Inc.* |

| | |
|---|---|
| Brian E. Farnan<br>Farnan LLP<br>919 North Market Street, 12th Fl.<br>Wilmington, DE 19801<br>bfarnan@farnanlaw.com<br>*Attorneys for Defendant Global Cash Card, Inc.* | Andrew M. Rosenfeld<br>The Law Office of Andrew M. Rosenfeld<br>3838 Carson Street, Suite 360<br>Torrance, CA 90503<br>amrlaw@aol.com<br>*Attorneys for Defendant Global Cash Card, Inc.* |

By: */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    POTTER ANDERSON & CORROON LLP
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

993944 / 36339