IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY NETWORK, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMDATA CORP.,  FSV PAYMENT SYSTEMS, INC., and GLOBAL CASH CARD, INC., <br><br> Defendants. <br><br> ───────────────────── <br><br> GLOBAL CASH CARD, INC.,, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> FIRST DATA CORP. and MONEY NETWORK, LLC, <br><br> Counterclaim Defendants. | C.A. No. 10-1037-HB |

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the undersigned

counsel hereby notifies the Court that John W. Shaw, Esquire and Jeffrey T. Castellano,

Esquire are withdrawing their appearance on behalf of Plaintiff/Counterclaim Defendant

Money Network, LLC ("Money Network") and Counterclaim Defendant First Data Corp.

("First Data") in this action.   Money Network and First Data continue to be represented

by undersigned counsel, the law firm of Young Conaway Stargatt & Taylor, LLP and

*pro hac vice* counsel.

2

Dated:   November 9, 2011

YOUNG CONAWAY STARGATT
   & TAYLOR, LLP

/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Plaintiff/Counterclaim
Defendant Money Network, LLC and
Counterclaim Defendant First Data
Corp.*

**CERTIFICATE OF SERVICE**

I, Adam W. Poff, hereby certify that on November 9, 2011, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Brian E. Farnan, Esquire
Farnan LLP
919 North Market St.
12th Floor
Wilmington, DE 19801
*bfarnan@farnanlaw.com*

*Attorneys for Defendant Global Cash Card, Inc.*

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon, LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
*rhorwitz@potteranderson.com*
*dmoore@potteranderson.com*

*Attorneys for Defendant Comdata Corp.*

Rudolf E. Hutz, Esquire
Jeffrey L. Eichen, Esquire
M. Curt Lambert, Esquire
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
*rhutz@cblh.com*
*jeichen@cblh.com*
*mlambert@cblh.com*

*Attorneys for Defendant FSV Payment Systems, Inc.*

I further certify that on November 9, 2011, I caused a copy of the foregoing

document to be served by e-mail on the above-listed counsel and on the following non-

registered participants:

Andrew M. Rosenfeld, Esquire
The Law Office of Andrew M. Rosenfeld
3838 Carson Street, Suite 360
Torrance, CA  90503
*amrlaw@aol.com*

*Attorneys for Defendant Global Cash Card, Inc*

Alan M. Fisch, Esquire
Jason Hoffman, Esquire
R. William Sigler, Esquire
Kaye Scholer LLP
The McPherson Building
901 Fifteenth Street, N.W.
Washington, DC  20005
*afisch@kayescholer.com*
*jahoffman@kayescholer.com*
*bsigler@kayescholer.com*

*Attorneys for Defendant Comdata Corp.*

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

 */s/ Adam W. Poff*
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street
Wilmington, Delaware  19801
(302) 571-6600
*apoff@ycst.com*

*Attorneys for Plaintiff/Counterclaim
Defendant Money Network, LLC and
Counterclaim Defendant First Data
Corporation*

2