IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY NETWORK, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>COMDATA CORP., FSV PAYMENT SYSTEMS, INC., and GLOBAL CASH CARD, INC.,<br><br>        Defendants. | C.A. No. 10-1037-HB |
| GLOBAL CASH CARD, INC.,,<br><br>        Counterclaim Plaintiff,<br><br>        v.<br><br>FIRST DATA CORP. and MONEY NETWORK, LLC,<br><br>        Counterclaim Defendants. | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Counterclaim Defendant Money Network, LLC ("Money Network") and Defendant and Counterclaim Plaintiff FSV Payment Systems, Inc. ("FSV"), that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the claims by the parties in the above-captioned action be, and hereby are, dismissed with prejudice. As the basis for this Dismissal, Money Network and FSV agree and represent that:

1. The parties have entered into a confidential settlement agreement executed on November 15, 2011 ("Settlement Agreement").

2. This stipulation is expressly conditioned on the terms and conditions of the Settlement Agreement executed by the parties.

3. Pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 144 S. Ct. 1673 (1994) and the inherent authority of the Court to enforce its orders, the United States District Court for the District of Delaware shall retain jurisdiction over Money Network and FSV and the subject matter of this action and the Settlement Agreement for purposes of construing and enforcing the Settlement Agreement, including remedies for violations of said matters, and each party expressly reserves its rights to pursue the other party for violation of said matters. For the avoidance of any doubt, the choice of law and venue of any such action shall be governed by the terms of the Settlement Agreement.

4. Each party will bear its own costs and attorneys' fees for this action.

Dated: November 17, 2011

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ *Adam W. Poff* | /s/ *Jeffrey L. Eichen* |
| Adam W. Poff (No. 3990)<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19899-0391<br>(302) 571-6600<br>apoff@ycst.com | Rudolf E. Hutz (No. 484)<br>Jeffrey L. Eichen (No. 5331)<br>M. Curt Lambert (No. 4882)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>jeichen@cblh.com<br><br>*Attorneys for Defendant and Counterclaim Plaintiff FSV Payment Systems, Inc.* |

OF COUNSEL:

David E. Sipiora
Kenneth S. Chang
John D. Cadkin
KILPATRICK TOWNSEND AND
  STOCKTON, LLP
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
(303) 571-4000

*Attorneys for Plaintiff and Counterclaim Defendant Money Network, LLC*

SO ORDERED this <u>18th</u> day of <u>November</u>.

<u>/s/ Harvey Bartle III</u>
THE HONORABLE HARVEY BARTLE, III
UNITED STATES DISTRICT JUDGE