IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY NETWORK, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>COMDATA CORP., FSV PAYMENT SYSTEMS, INC., and GLOBAL CASH CARD, INC.,<br><br>        Defendants. | C.A. No. 10-1037-HB |
| GLOBAL CASH CARD, INC.,,<br><br>        Counterclaim Plaintiff,<br><br>        v.<br><br>FIRST DATA CORP. and MONEY NETWORK, LLC,<br><br>        Counterclaim Defendants. | |

**STIPULATION OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Counterclaim Defendant Money Network, LLC and Counterclaim Defendant First Data Corp. (collectively "Money Network") on the one hand, and Defendant and Counterclaim Plaintiff Global Cash Card, Inc. ("Global") on the other hand, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the claims by the parties in the above-captioned action be, and hereby are, dismissed with prejudice. As the basis for this Dismissal, Money Network and Global agree and represent that:

1. The parties have entered into a confidential settlement agreement executed on November 16, 2011 ("Settlement Agreement").

2. This stipulation is expressly conditioned on the terms and conditions of the Settlement Agreement executed by the parties.

3. Pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 144 S. Ct. 1673 (1994) and the inherent authority of the Court to enforce its orders, the United States District Court for the District of Delaware shall retain jurisdiction over Money Network and Global and the subject matter of this action and the Settlement Agreement for purposes of construing and enforcing the Settlement Agreement, including remedies for violations of said matters, and each party expressly reserves its rights to pursue the other party for violation of said matters. For the avoidance of any doubt, the choice of law and venue of any such action shall be governed by the terms of the Settlement Agreement.

5. Each party will bear its own costs and attorneys' fees for this action.

Dated: November 17, 2011

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FARNAN, LLP |
|---|---|
| /s/ *Adam W. Poff* | /s/ *Brian E. Farnan* |
| Adam W. Poff (No. 3990)<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19899-0391<br>(302) 571-6600<br>apoff@ycst.com | Brian E. Farnan (No. 4089)<br>919 North Market St.<br>12th Floor<br>Wilmington, DE 19801<br>302-777-0300<br>bfarnan@farnanlaw.com |

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| David E. Sipiora | Andrew M. Rosenfeld, Esq. |
| Kenneth S. Chang | 3838 Carson St., Ste. 360 |
| John D. Cadkin | Torrance, CA 90503 |
| KILPATRICK TOWNSEND AND | |
|   STOCKTON, LLP | *Attorneys for Defendant and Counterclaim* |
| 1400 Wewatta Street, Suite 600 | *Plaintiff Global Cash Card, Inc.* |
| Denver, Colorado 80202 | |
| (303) 571-4000 | |

*Attorneys for Plaintiff and Counterclaim*
*Defendant Money Network, LLC*

SO ORDERED this 18th day of Novmeber.

                                                /s/ Harvey Bartle III
                                       THE HONORABLE HARVEY BARTLE, III
                                       UNITED STATES DISTRICT JUDGE