IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONEY NETWORK LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMDATA CORP, ET AL | : | NO.  10-1037 |

## O R D E R

      AND NOW, this 16th day of December, 2011, IT IS HEREBY ORDERED that a **TELEPHONIC** status conference is scheduled before the undersigned on **THURSDAY, JANUARY 5, 2012, at 2:00 p.m.**  The conference call will be initiated by the court.

      Each party shall submit a letter to Judge Hey by fax (267-299-5061) no later than noon on January 4, setting forth the areas that remain in dispute, which may be submitted confidentially.

      The senior attorney in charge of the matter for each of the parties is required to personally participate at the conference call.  In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call.

BY THE COURT:


/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE