IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEY NETWORK, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>COMDATA CORP.,<br><br>       Defendant. | C.A. No. 10-1037-HB |

**NOTICE OF CHANGE OF FIRM ADDRESS**

PLEASE TAKE NOTICE that the law firm of Young Conaway Stargatt & Taylor, LLP has moved to new offices.  Effective January 30, 2012, the firm's address is as follows:

> **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
> Rodney Square
> 1000 North King Street
> Wilmington, DE  19801

The firm's telephone number, facsimile number and attorney e-mail addresses will remain unchanged.

| | |
|---|---|
| Dated:  February 7, 2012 | YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br><br>/s/ *Adam W. Poff*<br>Adam W. Poff (No. 3990)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>apoff@ycst.com<br><br>*Attorneys for Plaintiff*<br>*Money Network, LLC* |

01: 11584544.1