IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONEY NETWORK, LLC | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 10-1037-HB |
| COMDATA CORP., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Counterclaim Defendant Money Network, LLC ("Money Network") and Defendant and Counterclaim Plaintiff Comdata Corp. ("Comdata"), that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the claims by the parties in the above-captioned action be, and hereby are, dismissed with prejudice. As the basis for this Dismissal, Money Network and Comdata agree and represent that:

1. The parties have entered into an agreement executed on March 8, 2012 (the "Agreement").

2. This stipulation is expressly conditioned on the terms and conditions of the Agreement executed by the parties.

3. Pursuant to *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375 (1994) and the inherent authority of the Court to enforce its orders, the United States District Court for the District of Delaware shall retain jurisdiction over Money Network and Comdata and the subject matter of this action and the Agreement for purposes of construing and enforcing the Agreement, including remedies for violations of said matters, and each party expressly reserves its rights to pursue the other party for violation of said matters. For the avoidance of any doubt,

the choice of law and venue for any such action shall be governed by the terms of the Agreement.

4. Each party will bear its own costs and attorneys' fees for this action.

Agreed To and Accepted By:

Dated: March 13, 2012

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*

Adam W. Poff (No. 3990)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*apoff@ycst.com*

OF COUNSEL:

David E. Sipiora
Kenneth S. Chang
John D. Cadkin
KILPATRICK TOWNSEND AND STOCKTON, LLP
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
(303) 571-4000
*desipiora@kilpatricktownsend.com*
*kschang@kilpatricktownsend.com*
*jcadkin@kilpatricktownsend.com*

*Attorneys for Plaintiff and Counterclaim Defendant Money Network, LLC*

Dated: March 13, 2012

POTTER ANDERSON & CORROON, LLP

*/s/ David E. Moore*

Richard L. Horwitz (No. 2246)
David E. Moore (No. 3983)
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
*rhorwitz@potteranderson.com*
*dmoore@potteranderson.com*

OF COUNSEL:

Alan M. Fisch
Jason F. Hoffman
R. William Sigler
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
(202) 682-3500
*alan.fisch@kayescholer.com*
*jason.hoffman@kayescholer.com*
*bill.sigler@kayescholer.com*

*Attorneys for Defendant and Counterclaim Plaintiff Comdata Corp.*

SO ORDERED this ___ day of _________, 2012.

______________________________________
The Honorable Harvey Bartle III
United States District Judge